UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: March 23, 2000

**CIVIL NO. 98-2063 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

===================================================================

| | | |
|---|---|---|
| SARA FELICIANO DOMENECH | Attorneys: | Ariel Caro-Pérez |
| | | Manuel Porro-Vizcarra - excused |
| Plaintiff | | by the Court |
| v. | | |
| HMPR, INC. as successor employer of | | Francisco Chevere |
| BWAC, INTERNATIONAL CORP. et al | | María Víctoria Munera |
| | | José Garcia Pérez |
| Defendants | | |

===================================================================

INITIAL SCHEDULING CONFERENCE was held today. Counsel for Plaintiff informed the Court that Plaintiff desists against Juan Ocasio. Counsel for Plaintiff further informed that Plaintiff continues to be unemployed.

The Court explored settlement options with the parties. Plaintiff's counsel informed that his client has always wanted to reach an agreement but that he would need to consult with her before making a new settlement demand.

The Court determined that discovery would be conducted in two stages. First, the parties should engage in discovery regarding successorship and liability. Second, but only if necessary, the parties should engage in discovery regarding damages. As to successorship and liability, the Court set the following case-management schedule:

All parties are granted one hundred and twenty (120) days as of April 1, 2000, to complete factual and/or expert discovery. Thereafter, the parties are granted thirty (30) days to commence

exchanging motions for summary judgment. The parties are advised to follow the procedure for exchanging motions set forth in the Court's Standing Order. Absolutely no extensions will be granted on any of the aforementioned terms. Further, the parties are granted fifteen (15) days from today to file a motion with deposition schedules. Once filed, no changes can be made without prior Court authorization.

Formal settlement conference is scheduled for October 19, 2000, at 4:00 p.m. Notwithstanding, the parties should not wait until this date to inform the Court of any agreement reached.

_____
LAW CLERK

s/c: Counsel of record

N:\MINUTES\98-2063 mem