# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Sarah Feliciano Domenech_ CIVIL NO. _98-2063_ (DRD)

v.

Defendant(s) _HMPR, Inc. et al_

| MOTION | ORDER |
|---|---|
| Docket entry no. _25_ | ☒ GRANTED. |
| Date: _April 17, 2000_. | ☐ DENIED. |
| Title: _Motion Regarding Deposition Schedules_ | ☐ MOOT. |
| | ☐ NOTED. |

_The parties are granted until Monday, May 18, 2000 to file the deposition schedule._

RECEIVED AND FILED
00 MAY 10 AM 8:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: _May 18, 2000_.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

26