UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Sara Feliciano Domenech    CIVIL NO. 98-2063 (DRD)

v.

Defendant(s) Mueblerias Berrios, Inc.
et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 21 | ☒ GRANTED. |
| Date: March 14 / 2000 | ☐ DENIED. |
| Title: | ☐ MOOT. |
|  | ☐ NOTED. |

Counsel Manuel Porro Vizcarra, Esq.'s request to withdraw legal representation is granted.

RECEIVED AND FILED
00 MAY 10 AM 8:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: May / 10 / 2000.

*signature*
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE