UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*RECEIVED AND FILED 00 MAY 26 AM 8:04 U.S. CLERK'S OFFICE DISTRICT COURT SAN JUAN, P.R.*

Plaintiff(s) Sara Feliciano Domenech           CIVIL NO. 98-2063 (DRD)

v.

Defendant(s) HMPR, Inc. et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 28 | ☐ GRANTED. |
| Date: May /23/2000. | ☐ DENIED. |
| Title: Informative motion regarding settlement | ☐ MOOT. |
|  | ☒ NOTED. |
| The Court acknowledges the parties decision to settle and orders that the corresponding documents regarding dismissal be filed no later than June 15, 2000. | |

IT IS SO ORDERED.

Date: May /24/2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE