UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SARAH FELICIANO DOMENECH

    Plaintiffs

    v.        CIVIL NO. 98-2063 (DRD)

HMPR, INC. as successor employer of
B.W.A.C INT'L CORP. et al

    Defendants

| MOTION | RULING |
|---|---|
| **Date Filed:** 06/16/00 **Docket #** 30<br>[X] Plffs   [x] Defts<br>[ ] Other<br><br>**Title:** JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE | **ORDER**<br><br>**GRANTED.** The Court hereby approves the parties' joint request for voluntary dismissal of the abovecaptioned Complaint. Dismissal is granted **WITH PREJUDICE BUT WITHOUT IMPOSITION OF COSTS OR ATTORNEYS FEES.** |

DATE: June 19, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N:\98-2063.vol