UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SARAH FELICIANO DOMENECH

Plaintiffs

v.                                          CIVIL NO. 98-2063 (DRD)

HMPR, INC. as successor employer of
B.W.A.C INT'L CORP. et al

Defendants

| MOTION | RULING |
|---|---|
| Date Filed: 06/16/00  Docket #3C  [X] Plffs  [x] Defts  [ ] Other  Title: JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE | **JUDGMENT**  The Court having GRANTED on this same date the parties' request for voluntary dismissal of the abovecaptioned Complaint, judgment is hereby entered **dismissing** this action **with prejudice but without imposition of costs or attorneys fees.** |

DATE: June _19_, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Rec'd:        EOD:

By:          # 32

N:\98-2063.vol